ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
MICAH SCHMIT
Assistant U.S. Attorney
State Bar No. 014887
ADAM D. ROSSI
Assistant U.S. Attorney
State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: gerard.schmit@usdoj.gov
Attorneys for Plaintiff

FILED
2018 JUN 13 PM 4:42
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

JAS(LAB)

CR18-1143TUC

VICTIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Jose MORENO,<br><br>　　　　　　　　Defendant. | **INDICTMENT**<br><br>Violations:<br><br>18 U.S.C. §§ 2241(a)(2) and 1153<br>(Aggravated Sexual Abuse)<br>Counts 1 & 2<br><br>18 U.S.C. §§ 113(a)(1) and 1153<br>(Assault with intent to commit Aggravated Sexual Abuse)<br>Counts 3 & 4<br><br>18 U.S.C. §§ 1201, 1153 and 7<br>(Kidnapping)<br>Counts 5 & 6<br><br>18 U.S.C. §§ 2261(a)(1) & (b), 2265A, and 1153<br>(Interstate Domestic Violence)<br>Counts 7 & 8<br><br>18 U.S.C. §§ 117(a), and 1151<br>(Domestic Assault by a Habitual Offender)<br>Count 9 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about August 11, 2017, at or near Tucson, on the Pascua Yaqui Nation, a federally recognized tribe, Indian Country, within the District of Arizona, Jose MORENO,

an Indian and certified member of the Tohono O'odham Nation, a federally recognized tribe, did knowingly cause the victim, C.M., an Indian and certified member of the Pascua Yaqui Nation, to engage in a sexual act, to wit: penetration of the victim's vagina, by the defendant's penis, by threatening or placing the victim in fear that the victim would be subjected to death, serious bodily injury, and kidnapping, in violation of Title 18, United States Code, §§ 2241(a)(2) and 1153.

## COUNT 2

On or about a time between August 24 through 27, 2017, at or near Tucson, on the Pascua Yaqui Nation, a federally recognized tribe, Indian Country, within the District of Arizona, Jose MORENO, an Indian and certified member of the Tohono O'odham Nation, a federally recognized tribe, did knowingly cause the victim, C.M., an Indian and certified member of the Pascua Yaqui Nation, to engage in a sexual act, to wit: penetration of the victim's vagina, by the defendant's penis, by threatening or placing the victim in fear that the victim would be subjected to death, serious bodily injury, and kidnapping, in violation of Title 18 U.S.C. §§ 2241(a)(2) and 1153.

## COUNT 3

On or about August 11, 2017, at or near Tucson, on the Pascua Yaqui Nation, a federally recognized tribe, Indian Country, within the District of Arizona, Jose MORENO, an Indian and certified member of the Tohono O'odham Nation, a federally recognized tribe, did knowingly and intentionally assault victim C.M., an Indian and certified member of the Pascua Yaqui Nation, to wit: striking and beating C.M. causing swelling and bruising, with intent to commit Aggravated Sexual Abuse, as charged in Count 1 of the indictment, all in violation of Title 18 U.S.C. §§ 113(a)(1) and 1153.

## COUNT 4

On or about a time between August 24 through 27, 2017, at or near Tucson, on the Pascua Yaqui Nation, a federally recognized tribe, Indian Country, within the District of Arizona, Jose MORENO, an Indian and certified member of the Tohono O'odham Nation, a federally recognized tribe, did knowingly and intentionally assault victim C.M., an Indian

and certified member of the Pascua Yaqui Nation, to wit: striking and beating C.M. causing swelling and bruising, with intent to commit Aggravated Sexual Abuse, as charged in Count 2 of the indictment, all in violation of Title 18 U.S.C. §§ 113(a)(1) and 1153.

## COUNT 5

On or about August 11, 2017, at or near Tucson, on the Pascua Yaqui Nation, a federally recognized tribe, Indian Country, within the District of Arizona and the special maritime and territorial jurisdiction of the United States, Jose MORENO, an Indian and certified member of the Tohono O'odham Nation, a federally recognized tribe, did knowingly and intentionally unlawfully seize, confine and kidnap and hold for ransom or reward or otherwise, victim C.M., an Indian and certified member of the Pascua Yaqui Nation, by physically preventing C.M. from leaving her residence coupled with threats of harm if C.M. did leave, all in violation of Title 18 U.S.C. §§ 1201, 1153 and 7.

## COUNT 6

On or about a time between August 24 through 27, 2017, at or near Tucson, on the Pascua Yaqui Nation, a federally recognized tribe, Indian Country, within the District of Arizona and the special maritime and territorial jurisdiction of the United States, Jose MORENO, an Indian and certified member of the Tohono O'odham Nation, a federally recognized tribe, did knowingly and intentionally unlawfully seize, confine and kidnap and hold for ransom or reward or otherwise, victim C.M., an Indian and certified member of the Pascua Yaqui Nation, by physically preventing C.M. from leaving her residence coupled with threats of harm if C.M. did leave, all in violation of Title 18 U.S.C. §§ 1201, 1153 and 7.

## COUNT 7

On or about August 11, 2017, at or near Tucson, on the Pascua Yaqui Nation, a federally recognized tribe, Indian Country, within the District of Arizona, Jose MORENO, an Indian member of the Tohono O'odham Nation, a federally recognized tribe, did knowingly and intentionally enter or leave Indian country or was present within the special maritime and territorial jurisdiction of the United States with the intent to kill, injure, harass

and intimidate an intimate partner or dating partner, and committed a crime of violence against said partner, with whom MORENO had been intimately dating or living with, to wit: by threatening harm to C.M. and by assaulting C.M., MORENO having previously been convicted of a prior domestic violence or stalking offense, to wit: Assault, Domestic Violence, Tohono O'odham Criminal Code Chapter 7, Section 7.1(A)1, and Chapter 8, Section 8.9, in the Judicial Court of the Tohono O'odham Nation, CR2016-0499, all in violation of Title 18 U.S.C. §§ 2261(a)(1) & (b), 2265A, 1153 and 7.

## COUNT 8

On or about a time between August 24 through 27, 2017, at or near Tucson, on the Pascua Yaqui Nation, a federally recognized tribe, Indian Country, within the District of Arizona, Jose MORENO, an Indian member of the Tohono O'odham Nation, a federally recognized tribe, did knowingly and intentionally enter or leave Indian country or was present within the special maritime and territorial jurisdiction of the United States with the intent to kill, injure, harass and intimidate an intimate partner or dating partner, and committed a crime of violence against said partner, with whom MORENO had been intimately dating or living with, to wit: by threatening harm to C.M. and by assaulting C.M., MORENO having previously been convicted of a prior domestic violence or stalking offense, to wit: Assault, Domestic Violence, Tohono O'odham Criminal Code Chapter 7, Section 7.1(A)1, and Chapter 8, Section 8.9, in the Judicial Court of the Tohono O'odham Nation, CR2016-0499, all in violation of Title 18 U.S.C. §§ 2261(a)(1) & (b), 2265A, 1153 and 7.

## COUNT 9

On or about August 11, 2017, and a time between August 24 through 27, 2017, at or near Tucson, on the Pascua Yaqui Nation, Indian Country, within the District of Arizona, Jose MORENO, an Indian member of the Tohono O'odham Nation, a federally recognized tribe, having been convicted of:

1. Aggravated Assault with a Deadly Weapon or Dangerous Instrument, Domestic Violence (felony), Arizona Revised Statutes 13-1204 and 13-3601, in Pima

County Superior Court, Tucson, AZ, CR-2005-3976, on or about December 22, 2005, which would be, if subject to Federal jurisdiction, be an serious violent felony, the victim of which was the co-habituating father of G.F., an intimate partner of the defendant;

2. Assault, Domestic Violence, Arizona Revised Statutes 13-1203 and 13-3601, in the Casa Grande Municipal Court, M-1142-CR-2011000993, on or about September 27, 2011, which would be, if subject to Federal jurisdiction, be an assault, the victim of which was L.L., an intimate partner of the defendant; and,

3. Assault, Domestic Violence, Tohono O'odham Criminal Code Chapter 7, Section 7.1(A)1, and Chapter 8, Section 8.9, in the Judicial Court of the Tohono O'odham Nation, CR2016-0499, on or about April 8, 2016, which would be, if subject to Federal jurisdiction, be an assault, the victim of which was N.H., an intimate partner of the defendant.

assaulted C.M., a person he had cohabitated with and was a person similarly situated to a spouse, in violation of 18 U.S.C. §§ 117, and 1151.

A TRUE BILL

/s/

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/

Assistant U.S. Attorney
Dated: June 13, 2018

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Jose MORENO*
*Indictment Page 5 of 5*